# EXHIBIT C

U.S. Citizenship and Immigration Services



# Case Status Online

## USCIS Is currently Processing the Case

As of May 12, 2026, USCIS is still processing your Form I-130, Petition for Alien Relative, Receipt Number IOE0922185715. We do not currently need anything from you but will contact you if we need additional information regarding your case. If you move, go to www.uscis.gov/addresschange to give us your new mailing address.

Enter Another Receipt Number

EAC1234567890

Check Status

Already have an Account? Login

Case Status Online account logins will now be routed through the MyAccount service. Existing account holders can find updated login instructions here.



## Related Tools



### Change of Address

We strongly encourage you to update your address with USCIS to ensure you receive all correspondence and benefits from us in a timely manner and avoid possible delays or denials related to your case.

Visit the Change of Address webpage to get started.