# EXHIBIT D

**Court Closures Today** September 23, 2026 | Please check https://www.justice.gov/eoir-operational-status for up to date closures.



# Automated Case Information

**Name: PRAZER, DERLANIO | A-Number: 220-157-135 | Docket Date: 1/7/2026**

## Next Hearing Information

*There are no future hearings for this case.*

## Court Decision and Motion Information

*This case is pending.*

## BIA Case Information

No appeal was received for this case.

## Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
150 APOLLO DRIVE, STE 100
CHELMSFORD, MA 01824

**PHONE NUMBER**